# United States District Court
# Western District of North Carolina
# Asheville Division

| KAYIE S. WRIGHT, | ) | JUDGMENT IN CASE |
| --- | --- | --- |
| Plaintiff, | ) | 1:17-cv-00053-FDW |
| vs. | ) | |
| FNU HONBARRIER, Officer, Correctional Officer for Lanesboro Institution; FNU MERRIMON, Officer, Correctional Officer for Lanesboro Institution; FNU SMITH, Officer, Correctional Officer for Lanesboro Institution, | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 27, 2017 Order.

February 27, 2017

Frank G. Johns, Clerk
United States District Court